## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA INC., ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | Hon. |
| ) | |
| LONE STAR TRANSPORTATION LLC, ) | **JURY DEMANDED** |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff BP Products North America Inc. ("BP"), by and through its attorneys, Christensen and Ehret, LLP, and complains against Defendant Lone Star Transportation, LLC ("Lone Star") as follows:

## NATURE OF THE ACTION

Pipeline equipment that is owned by Plaintiff BP was severely damaged when an eighteen wheel tractor trailer truck owned by Lone Star (the "Truck") and operated by a Lone Star employee was driven more than fifty feet off the shoulder of a highway onto private property. BP estimates that the total cost of repairing the damage to its property and assessing any additional damage will be in excess of $99,888.00. BP seeks relief for the damages that it has incurred and will incur in light of Lone Star's negligent conduct.

## PARTIES

1. BP is a Maryland corporation, with its principal place of business in Warrenville, Illinois.

2. Lone Star is a manager-managed Texas limited liability company, with its principal place of business in Fort Worth, Texas. All of Lone Star's managers and officers reside in Texas.

## JURISDICTION AND VENUE

3. The jurisdiction of this court is properly invoked pursuant to 28 U.S.C. §1332 based on diversity of citizenship and the amount in controversy, which exceeds $75,000.00.

4. Venue in this court is proper pursuant to 28 U.S.C. §1391(b)(2) because Plaintiff's claim arises out of incidents which occurred in this judicial district.

## FACTUAL BACKGROUND

5. Lone Star is a trucking company. On September 2, 2013, the Truck, an eighteen wheel tractor trailer owned by Lone Star and operated by Lone Star's employee David Weckherlin ("Weckherlin"), was driving northbound on I-39 near Rochelle, Illinois, west of Chicago.

6. As the Truck approached the juncture of I-39 and I-88, Weckherlin lost control of the vehicle and it careened right off the highway, across the six foot shoulder, and over fifty feet down the embankment. The Truck violently ran through trees and brush as it exited the highway, burst through a fence, and did not come to a stop until it destroyed a BP owned vent pipe on private property (the "Vent Pipe").

7. The Vent Pipe is a 3-4 foot tall pipe that is perpendicular to the ground, and it is connected to an underground pipeline used to transport petroleum products (the "Pipeline"). The purpose of the Vent Pipe is to ensure that fresh air vents into the space between the Pipeline, its casing, and the polyurethane material that separates the Pipeline and its casing. The Vent Pipe and the Pipeline are owned and operated by BP. At all relevant times, the Vent Pipe was properly on private property pursuant to an easement to allow the Pipeline's transmission of hydrocarbons. The Truck travelled north along private property after descending the embankment, hit the Vent Pipe and came to a stop as it tried to ascend the embankment.

8. The Vent Pipe was severely damaged by the impact of Lone Star's Truck – in fact, the Vent Pipe was fully bent over as a result of the collision. In addition to the visible damage to the Vent Pipe, there may be additional damage to the underground Pipeline and casing to which the Vent Pipe connects.

9. In light of this damage, BP's contractor must excavate the soil around the Vent Pipe to engage in repairs and to assess any additional damage to the Pipeline or to its casing, pursuant to permits issued by the Illinois Department of Transportation and Ogle County, Illinois (among other governmental entities). According to BP's preliminary assessment and estimate, the cost of the repairs just for the known damage and excavation will be at least $99,888.00. Additional repairs may be required once the excavation is completed and the pipeline is exposed and examined.

## COUNT I

## NEGLIGENT OPERATION

10. BP restates and incorporates by reference the allegations of the preceding paragraphs as if fully set forth herein.

11. At all times relevant, Lone Star's employee Weckherlin, and Lone Star, owed a duty of care to BP in the performance of Weckherlin's job duties and Lone Star's commercial activities.

12. Specifically, Weckherlin and Lone Star had a duty to, amongst other things, operate the Truck in accordance with Illinois state traffic laws, keep the Truck in the proper lane of traffic, and refrain from damaging others' property while operating the Truck.

13. Weckherlin and Lone Star breached their duties by, among other things, carelessly and recklessly driving the Truck off the shoulder of I-39 onto private property, colliding with and causing severe damage to BP's Vent Pipe and Pipeline.

14. Weckherlin was acting within the scope of his employment with Lone Star when the collision occurred.

15. Lone Star is vicariously liable for Weckherlin's negligent acts.

16. Weckherlin and Lone Star's breaches of their duties of care were the proximate cause of damage to BP's Vent Pipe and Pipeline.

17. As a direct and proximate result of this negligent conduct, BP has been damaged in an amount to be determined at trial but in excess of $99,888.00, plus interest, costs, expenses, and reasonable attorneys' fees.

WHEREFORE, BP respectfully requests that this Court award it damages in an amount to be determined at trial but in excess of $99,888.00, plus interest, costs, expenses, and reasonable attorneys' fees, and that it grant such other and further relief as the Court deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

**BP PRODUCTS NORTH AMERICA INC.**

By: ____/s/ Mark E. Christensen____
One of Its Attorneys

Mark E. Christensen
Jeffrey D. Naffziger
Matthew E. Szwajkowski
Christensen & Ehret, LLP
135 S. LaSalle Street, Suite 4200
Chicago, Illinois 60603
Phone: (312) 634-1014
Fax: (312) 634-1018
542163